THE TOWN OF WINTON v. JOHN A. SCOTT; MRS. JOHN A. SCOTT; JOHN W.
    ELEY; JANICE B. ELEY; ARMSTEAD VANN; HEIRS, DEVISEES, AND
    ALL OTHER PERSONS CLAIMING UNDER ARMSTEAD VANN; MATIL-
    DA VANN; HEIRS, DEVISEES, AND ALL OTHER PERSONS CLAIMING
    UNDER MATILDA VANN; SOLOMON VANN; HEIRS, DEVISEES AND
    ALL OTHER PERSONS CLAIMING UNDER SOLOMON VANN; SARAH
    VANN; HEIRS, DEVISEES, AND ALL OTHER PERSONS CLAIMING
    UNDER SARAH VANN; ARZULA VANN; HEIRS, DEVISEES, AND ALL
    OTHER PERSONS CLAIMING UNDER ARZULA VANN

No. 320A86

(Filed 6 January 1987)

APPEAL of right by defendants pursuant to N.C.G.S. 7A-30(2) from the decision of a divided panel of the Court of Appeals, 80 N.C. App. 409, 342 S.E. 2d 560 (1986), affirming the judgment of *Small, Judge,* entered on 16 August 1985 in Superior Court, HERTFORD County. Heard in the Supreme Court 10 December 1986.

*Moore, Wright, and Hardison, by Thomasine E. Moore, Paul A. Hardison, and Bowen C. Tatum, Jr., for defendant-appellants John A. Scott and Patricia F. Scott.*

*Baker, Jenkins & Jones, P.A., by Robert C. Jenkins, for defendant-appellees.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.